<div style="text-align:center">

**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
**1325 Avenue of the Americas, 28th Floor, New York, New York 10019**

</div>

<div style="text-align:right">

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

</div>

<div style="text-align:center">December 23, 2020</div>

VIA ECF Filing
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:         Encarnacion v. BMC Builder Corp, et al.
Index No.:  19-cv-2582 (DLI)(SMG)

Dear Judge Gold:

Pursuant to a Mediation Conference held on October 15, 2020 the parties herein submit this joint letter to explain their position with regard to above captioned matter. This matter has been resolved. The parties are in the midst of wrapping up and finishing the necessary documentation. Upon completion, we will file with the Court in hopes of a final resolution in this matter.

We thank Your Honor for your patience and attention to this matter.

<div style="margin-left:50%">

Respectfully submitted,

_[signature]_

Martin E. Restituyo, Esq.
The Law Offices of Martin E. Restituyo, P.C.
1325 Avenue of the Americas, 28th Fl
New York, NY 10019

*Attorney for Defendants*

</div>